GEORGE T. McGOWAN, an Infant, by MARY T. McGOWAN, His Guardian ad Litem, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

*McGowan* v. *Erie R. R. Co.*, 128 App. Div. 907, appeal dismissed.
(Argued January 4, 1909; decided January 12, 1909.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 9, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the ground of failure to perfect the appeal.

*Charles W. Strong* for motion.

*Richmond Moot* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

ISIDOR STRAUS et al., Composing the Firm of R. H. MACY AND COMPANY, Appellants, *v.* AMERICAN PUBLISHERS' ASSOCIATION et al., Respondents.

(Submitted January 4, 1909; decided January 12, 1909.)

Motion for re-argument denied, with ten dollars costs.    (See 193 N. Y. 496.)